UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA                 :   20cr179-10(DLC)
                                         :
              -v-                        :   ORDER
                                         :
DAVID URO,                               :
                                         :
                        Defendant.       :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

It is hereby

ORDERED that a conference to discuss the proposed deferred prosecution agreement is scheduled to occur on **June 30, 2021** at **2:00 PM.** Due to the COVID-19 pandemic, the defendant may have the option of appearing in court or through a videoconference. Accordingly, it is hereby

ORDERED that defense counsel shall respond to the following question by **12:00 PM** on **June 28, 2021**:

> Does the defendant consent to have the proceeding occur as a videoconference?

If the defendant consents to have the proceeding occur as a videoconference, please complete and file on ECF the written consent form attached to this Order if it is feasible to do so.

Dated:   New York, New York
         June 23, 2021

                                    _____
                                              DENISE COTE
                                    United States District Judge